# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANTHONY EARL MITCHELL,<br><br>    Petitioner,<br><br>  v.<br><br>B.G. COMPTON, Warden,<br><br>    Respondent. | No. CV 06-4153-DDP (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: September 9, 2009

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE